IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **RENE PRUETT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:11-CV-00396 |
| v. | § | |
| | § | |
| **SAFETY-KLEEN SYSTEMS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION FOR ENTRY OF AGREED JUDGMENT

Comes now, the Parties, who respectfully request that the Court enter the attached proposed agreed judgment that is being filed contemporaneously with this motion

Respectfully submitted,

**GILLESPIE ROZEN & WATSKY, P.C.**

*/s/ Joseph H. Gillespie*
Joseph H. Gillespie
State Bar No. 14036636
3402 Oak Grove Ave., Ste. 200
Dallas, Texas 75204
Telephone: (214) 720-2009
Fax (214) 720-2291

**ATTORNEY FOR PLAINTIFF**

And

        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

        */s/ Alicia Sienne Voltmer*
        Ron Chapman, Jr.
        Attorney-in-Charge
        Texas Bar No. 00793489
        Ron.Chapman@ogletreedeakins.com
        Alicia Sienne Voltmer
        Texas Bar No. 00797605
        Alicia.Voltmer@ogletreedeakins.com
        8117 Preston Road, Suite 700
        Dallas, Texas 75225
        Telephone:  (214) 987-3800
        Fax:  (214) 987-3926

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant certifies she conferred with counsel for Plaintiff regarding the merits of this Agreed Judgment and they are in agreement regarding its contents.

        /s/ Alicia Sienne Voltmer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing document has been served on all counsel of record via the Court's ECF system on this 12th of March 2012.

        */s/ Adam S. Greenfield*