IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **RENE PRUETT,** § | |
| § | |
| **Plaintiff,** § | |
| § | CIVIL ACTION NO. 4:11-CV-00396 |
| v. § | |
| § | |
| **SAFETY-KLEEN SYSTEMS, INC.,** § | |
| § | |
| **Defendant.** § | |

## AGREED JUDGMENT

**ON THIS DATE** came on to be considered the request for entry of an agreed judgment in the above-entitled and numbered cause. Plaintiff and Defendant, by and through their respective attorneys of record, announced to the Court that all claims that were or could have been asserted by Plaintiff against Defendant or by Defendant against Plaintiff have been fully and finally resolved, and after due consideration of this agreement, the parties move that the Court enter judgment. Accordingly,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that an **AGREED JUDGMENT** is hereby entered on all claims asserted or that could have been asserted by Plaintiff against Defendant or by Defendant against Plaintiff. All costs and attorneys' fees are to be paid by the party incurring same.

This is a final judgment.

**AGREED JUDGMENT** – PAGE 1